**MR**

FILED VKM
7/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GRUMPY CAT LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

Case No. 24-cv-3560

Judge Elaine E. Bucklo

The Defendant :

Paula Mazurowska
PauLeeArt
paula.mazurowska@op.pl

The defendant, in accordance with the summons of this court, submits a response to the complaint in case 24-cv-3560.

1. Before any other pleadings the Defendant submits the motion to dismiss for lack of personal jurisdiction.

**Factual Background - No Purposeful Availment**: The Defendant argues that she did not purposefully avail herself of the privilege of conducting activities within the forum state. This means she did not engage in activities that would reasonably lead her to expect to be sued in that state

**No Specific Jurisdiction**: The Defendant claims that the lawsuit does not arise out of or relate to any of her activities in the forum state The cause of action is unrelated to any contact she had with the state, therefore specific jurisdiction cannot be established.

**No General Jurisdiction**: The Defendant asserts that she had no contacts and no connections with the forum state.

**Due Process Violation** The Defendant argues that exercising jurisdiction would violate traditional notions of fair play and substantial justice. This includes considerations like the burden on her, the interests of the forum state, the plaintiff's interest in obtaining relief, and the judicial system's interest in efficiently resolving disputes.

**Transient Jurisdiction** The Defendant argues that she was not physically present in the forum state when served with the lawsuit. There are not sufficient arguments for establishing jurisdiction in the forum state.

2. **Lack of Consent**

*Paula Mazurowska*

The Defendant argues that she did not consent to the court's jurisdiction, either explicitly or implicitly. This includes challenging any forum selection clauses that might be claimed to establish consent.

3. **Lack of Specific Acts Directed at Forum State:**

The Defendant argues that she did not engage in any conduct directed at or causing harm in the forum state. his includes advertising, selling products, or conducting business specifically targeting residents of the state.

4. **Challenging Long-Arm Statute**

**The Defendant** argues that the state's long-arm statute does not cover the conduct alleged in the complaint. The state's specific criteria for asserting jurisdiction over out-of-state defendants, are not met in this case.

5. **Supporting Case Law and Precedents**

Th **following case law** supports the Defendant's arguments regarding lack of personal jurisdiction. Key Supreme Court cases include:
- **International Shoe Co. v. Washington**: Establishes the "minimum contacts" standard
- **World-Wide Volkswagen Corp. v. Woodson**: Emphasizes the requirement for foreseeability of being haled into court.
- **Burger King Corp. v. Rudzewicz**: Discusses purposeful availment and fairness.

6. **Additional arguments :**

The Defendant asserts that she has suffered from a disability since the age of six. Certificates of her disability status from the years 2015, 2017, and 2018 are submitted herewith. The Defendant experienced difficulties in securing employment and, in 2020, attempted to create graphics and offer them for sale on online platforms. To create her offerings, she downloaded free images of six cat heads from the Internet and assembled them into a set. The Defendant posted these images exclusively on the Redbubble platform in the years 2020 and 2021.

The Defendant had no knowledge or awareness that she was infringing on any trademark. Specifically, the Defendant asserts that the sticker set she offered for sale was tagged and labeled as "meme cats stickers pack" and not "grumpy cats stickers pack," and therefore, she never offered any product for sale suggesting it originated from the Plaintiff or had any association with the Plaintiff. Furthermore, the Defendant asserts that she never sold a single unit of this product, as evidenced by the printout from her Redbubble account, which is attached herewith.

7. **Conclusion:** The Defendant requests dismissal of the case for lack of personal jurisdiction.

The Defendant never intended to infringe on the Plaintiff's trademark. The Defendant was also unaware that she was infringing on someone else's trademark. The Defendant asserts that the "meme cats" sticker set offered by her does not infringe on the Plaintiff's trademark. The Plaintiff has not specified which particular trademark was allegedly infringed by the Defendant's sticker set. The Defendant never sold a single unit of the offered sticker set. Pursuant to a court order dated May 15, 2024, the Redbubble platform removed the Defendant's sticker set from its platform.

8. Attachemets : - Disability degree certificates 2015, 2017, 2018
   - sales status report from the Redbubble platform as of June 10, 2024

June 23,2024 Paula Mazurowska

*Paula Mazurowska* (signature)

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

GRUMPY CAT LIMITED,
Plaintiff,

CASE NUMBER: 24-cv-3560

V.

ASSIGNED JUDGE: Elaine E. Bucklo

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto,
Defendants.

DESIGNATED
MAGISTRATE JUDGE: Jeannice W. Appenteng

TO: (Name and address of Defendant)

Caiting and all other Defendants identified in the Complaint

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Hierl
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

June 3, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 3, 2024 |
| NAME OF SERVER (PRINT)<br>William B. Kalbac | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): On June 3, 2024, I sent an email containing a copy of the Motion for Entry of a Preliminary Injunction and supporting Memorandum, Complaint, TRO and Summons to the email addresses identified in Exhibit 2 to the Declarations of Bryan B. Bundesen and any email addresses provided for Defendants by third parties that include a link to a website containing the aforementioned pleadings

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 3, 2024        *William B Kalbac*
                Date                  Signature of Server

70 W. Madison St., Suite 4000, Chicago, IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Legnica, 08 December 2015

[*ink stamp*]: Municipal Disability Assessment Board, 59-220 Legnica, ul. Zielona 13of, /-
tel./fax 76 72 33 300 /-

23039 /-

## DISABILITY DEGREE CERTIFICATE /-

Pursuant to Art. 6b section 1 in conjunction with Art. 3 section 1 point 2, Art. 4 section 2 and Art. 6b section 3 of the Act on Vocational and Social Rehabilitation and Employment of the Disabled of 27 August 1997 (i.e. Journal of Laws of 2011, item 721 as amended), the Municipal Disability Assessment Board in Legnica, having reviewed at the meeting of 08 December 2015 the case number MZO.8421.23039.2015.IV related to the application dated 28 October 2015 submitted by: /-

Name and surname: **PAULA MAZUROWSKA** /-
Date and place of birth: **22 March 1991, LEGNICA** /-
PESEL number: **91032214024** /-
Type and number of identity card: **personal identity card ATB 253505** /-
Address: **59-220 Legnica, Macieja Rataja 10 m. 6** /-

decides to /-

I. **QUALIFY [the patient] TO THE FOLLOWING DISABILITY DEGREE – MODERATE** /-
II. Symbol of the disability cause: **06-E** /-
III. The decision is issued until: **31 December 2016** /-
IV. The disability has existed since the **6th year of age** /-
V. This degree of disability has been present since **28 October 2015**. /-

RECOMMENDATIONS: /-
1) appropriate employment type – **work in protected employment conditions** /-
2) trainings, including specialist training – **as required** /-
3) employment at a vocational development centre – **not applicable** /-
4) participation in occupational therapy – **not applicable** /-
5) necessity to be equipped in orthopaedic appliances, aids and technical devices to facilitate the functioning of a person – **not required** /-
6) using the community support system for independent living, which means using social, care, therapeutic and rehabilitation services provided by the network of social assistance institutions, non-governmental organisations and other institutions – **required** /-

1

Paula Mazurowska

7) need for permanent or long-term care or assistance of another person due to a significantly reduced possibility of independent living – **not required** /-
8) need for permanent participation of the child carer on a daily basis in the process of his/her treatment, rehabilitation and education – **not applicable** /-
9) the fulfilment by the disabled person of the conditions defined in Art. 8 section 3a item 1 of the Road Traffic Law Act of 20 June 1997 (Journal of Laws of 2017, item 1260) – **not applicable**/-
10) right to live in a separate room – **no.** /-

### Justification /-

According to the assessment of the health condition made by the physician - presiding over the medical assessment commission and the assessment of a specialist participating in the assessment procedure as well as an analysis of the medical documentation collected in the form of: a medical certificate dated 26 October 2015, information sheets, examination results and medical history, it is stated that the health condition of the patient classifies the patient to a moderate degree of disability. /-
In view of the above, the Municipal Disability Assessment Board in Legnica decided is in the introduction hereof. /-

### Instruction /-

This decision may be appealed against to the Province's Disability Assessment Board in Wrocław through the Municipal Disability Assessment Board, which issued it, within 14 days of the date of delivery of the decision. /-

Signatures of the medical commission members /-
1. [*legible signature*]: Lidia Walasek /-

[*ink stamp*]: Chairperson of the Assessment Board, Ewa Kuriata, MD; [*illegible signature*] /-

---

I, Anna Prokopowicz, Sworn Translator and Interpreter of the English language (TP/5216/05), hereby approve the conformity of the present translation with the original document in the Polish language.
Wrocław, 19 June 2024, Repertory no. 82/2024

**WORD.IT TŁUMACZENIA**
Anna Prokopowicz
ul. Centralna 19/24, 52-114 Wrocław
NIP: 611-233-04-96, REGON: 231234207
tel. +48 607 550 321
e-mail: annaprokopowicz@wp.pl

CERTIFIED TRANSLATION FROM POLISH /-

Legnica, 24 January 2017

[ink stamp]: Municipal Disability Assessment Board, 59-220 Legnica, ul. Zielona 13of, /-
tel./fax 76 72 33 300 /-

23039 /-

DISABILITY DEGREE CERTIFICATE /-

Pursuant to Art. 6b section 1 in conjunction with Art. 3 section 1 point 2, Art. 4 section 2 and Art. 6b section 3 of the Act on Vocational and Social Rehabilitation and Employment of the Disabled of 27 August 1997 (i.e. Journal of Laws of 2016, item 2046), the Municipal Disability Assessment Board in Legnica, having reviewed at the meeting of 24 January 2017 the case number MZO.8421.23039.2016.V related to the application dated 07 December 2016 submitted by: /-

Name and surname: PAULA MAZUROWSKA /-
Date and place of birth: 22 March 1991, LEGNICA /-
PESEL number: 91032214024 /-
Type and number of identity card: personal identity card ATB 253505 /-
Address: 59-220 Legnica, Macieja Rataja 10 m. 6 /-

decides to /-

I. QUALIFY [the patient] TO THE FOLLOWING DISABILITY DEGREE – MODERATE /-
II. Symbol of the disability cause: 06-E /-
III. The decision is issued until: 31 March 2018 /-
IV. The disability has existed since the 6th year of age /-
V. This degree of disability has been present since 28 October 2015. /-

RECOMMENDATIONS: /-

1) appropriate employment type – work in protected employment conditions /-
2) trainings, including specialist training – required /-
3) employment at a vocational development centre – not applicable /-
4) participation in occupational therapy – not applicable /-
5) necessity to be equipped in orthopaedic appliances, aids and technical devices to facilitate the functioning of a person – not required /-
6) using the community support system for independent living, which means using social, care, therapeutic and rehabilitation services provided by the network of social assistance institutions, non-governmental organisations and other institutions – required /-

1

Paula Mazurowska

CERTIFIED TRANSLATION FROM POLISH /-

Legnica, 15 May 2018

[*ink stamp*]: Municipal Disability Assessment Board, 59-220 Legnica, ul. Zielona 13of, /-
tel./fax 76 72 33 300 /-

23039 /-

## DISABILITY DEGREE CERTIFICATE /-

Pursuant to Art. 6b section 1 in conjunction with Art. 3 section 1 point 2, Art. 4 section 2 and Art. 6b section 3 of the Act on Vocational and Social Rehabilitation and Employment of the Disabled of 27 August 1997 (i.e. Journal of Laws of 2018, item 511), the Municipal Disability Assessment Board in Legnica, having reviewed at the meeting of 15 May 2018 the case number MZO.8421.23039.2018.IV related to the application dated 22 March 2018 submitted by: /-

Name and surname: **PAULA MAZUROWSKA** /-

Date and place of birth: **22 March 1991, LEGNICA** /-

PESEL number: **91032214024** /-

Type and number of identity card: **personal identity card ATB 253505** /-

Address: **59-220 Legnica, Macieja Rataja 10 m. 6** /-

decides to /-

I. QUALIFY [the patient] TO THE FOLLOWING DISABILITY DEGREE – **MODERATE** /-
II. Symbol of the disability cause: **06-E** /-
III. The decision is issued until: **31 May 2019** /-
IV. The disability has existed since the **6th year of age** /-
V. This degree of disability has been present since **28 October 2015.** /-

RECOMMENDATIONS: /-
1) appropriate employment type – **work in protected employment conditions** /-
2) trainings, including specialist training – **required** /-
3) employment at a vocational development centre – **not applicable** /-
4) participation in occupational therapy – **not applicable** /-
5) necessity to be equipped in orthopaedic appliances, aids and technical devices to facilitate the functioning of a person – **not required** /-
6) using the community support system for independent living, which means using social, care, therapeutic and rehabilitation services provided by the network of social assistance institutions, non-governmental organisations and other institutions – **required** /-

[round stamp]

*Paula Mazurowska* [signature]

7) need for permanent or long-term care or assistance of another person due to a *significantly reduced possibility of independent living* – **not applicable** /-
8) need for permanent participation of the child carer on a daily basis in the process of his/her treatment, rehabilitation and education – **not applicable** /-
9) the fulfilment by the disabled person of the conditions defined in Art. 8 section 3a item 1 of the Road Traffic Law Act of 20 June 1997 (Journal of Laws of 2017, item 1260) – **not applicable**/-
10) right to live in a separate room – **not required** /-

### Justification /-

According to the assessment of the health condition made by the physician - presiding over the medical assessment commission and the assessment of a specialist participating in the assessment procedure as well as an analysis of the medical documentation collected in the form of: a medical certificate dated 09 March 2018, an information sheet and an examination result, it is stated that the health condition of the patient classifies the patient to a moderate degree of disability. /-
In view of the above, the Municipal Disability Assessment Board in Legnica decided is in the introduction hereof. /-

### Instruction /-

This decision may be appealed against to the Province's Disability Assessment Board in Wrocław through the Municipal Disability Assessment Board, which issued it, within 14 days of the date of delivery of the decision. /-
During the appeal period, a party has the right to waive the right of appeal. As of the date of delivery of the declaration of waiver of the right to appeal to the public administration body, the decision shall become final and legally binding. /-

Signatures of the medical commission members /-
2. [*illegible signature*] /-

[*ink stamp*]: Chairperson of the Assessment Board, Ewa Kuriata, MD; [*illegible signature*] /-

---

I, Anna Prokopowicz, Sworn Translator and Interpreter of the English language (TP/5216/05), hereby approve the conformity of the present translation with the original document in the Polish language.
Wrocław, 19 June 2024, Repertory no. 81/2024

WORD.IT TŁUMACZENIA
Anna Prokopowicz
ul. Centralna 19/24, 52-114 Wrocław
NIP: 611-233-04-96, REGON: 231234207
tel. +48 607 550 321
e-mail: annaprokopowicz@wp.pl

*ZoltOs.pl*
*Temporary employment and job placement agency*

Annex to the contract of mandate number UZ/2023/231 /-
dated 13 July 2023, concluded in Gliwice /-

On 29 December 2023 in Gliwice, between Agencja Pracy Tymczasowej i Pośrednictwa Pracy ZoltOs.pl [*ZoltOs.pl Temporary employment and job placement agency*] with its registered seat in: ul. Chorzowska 44C, 44-100 Gliwice; /-

entered to the **National Register of Employment Agencies under the number 10301**, NIP: 631-171-59-68, REGON: 243449430, represented by Aleksandra Żółtowska-Ostroszczyk, hereinafter referred to as the "**Prinicpal**" /-
and /-
**Paula Mazurowska**, residing at : 59-220 Legnica, ul. Rataja 10/6 /-
Hereinafter referred to as the "**Contractor**", /-
jointly referred to as "**the Parties**", by mutual agreement, the Parties concluded the following annex to the contact of mandate: /-

As of 12 December 2023, the provisions of §2 and § 6 item 1) of the contract of madate shall be amended, and shall recevine the folliwing wording: /-

§1./-
§2. The contact is extended until 31 December 2024 /-
§6. Item 1a) The Principal shall pay to the Contractor as remuneration for the contract of mandate the gross remuneration in the amount of: **PLN 27.70 per an hour of work** (the so called hourly rate) in the period from: **01 January 2024 to 31 December 2024** /-

§2. /-
Other provisions defined in the contract of mandate remain unaffected. /-

§3. /-
The annex to the contract has been drawn up in two identifcal counterparts, one for each Party. /-
The Parties allow for concluding the annex in an electronic form, sending it to the e-mail address of the Contractor and then back with her signature to the e-mail address of the Agency indicated at the conclusion of the contract of mandate. /-

Principal /-
[*ink stamp*]: ZoltOs.pl, Aleksandra Żółtowska-Ostroszczyk, ul. Chorzowska 44c/9, 44-100 Gliwice, NIP: 631-171-59-68, REGON: 243449430, /-
[*illegible signature*] /-

Contractor /-
[*legible signature*]: Paula Mazurowska /-

---

I, Anna Prokopowicz, Sworn Translator and Interpreter of the English language (TP/5216/05), hereby approve the conformity of the present translation with the original document in the Polish language.
Wrocław, 19 June 2024, Repertory no. 84/2024

WORD.IT TŁUMACZENIA
Anna Prokopowicz
ul. Centralna 19/24, 52-114 Wrocław
NIP: 611-233-04-96, REGON: 231234207

*[signature]*: Paula Mazurowska

7) need for permanent or long-term care or assistance of another person due to a **significantly reduced possibility of independent living** – **not required** /-
8) need for permanent participation of the child carer on a daily basis in the process of his/her treatment, rehabilitation and education – **not applicable** /-
9) the fulfilment by the disabled person of the conditions defined in Art. 8 section 3a item 1 of the Road Traffic Law Act of 20 June 1997 (Journal of Laws of 2017, item 1260) – **not applicable**/-
10) right to live in a separate room – **no**. /-

Justification /-

According to the assessment of the health condition made by the physician - presiding over the medical assessment commission and the assessment of a specialist participating in the assessment procedure as well as an analysis of the medical documentation collected in the form of: a medical certificate dated 26 October 2015, information sheets, examination results and medical history, it is stated that the health condition of the patient classifies the patient to a moderate degree of disability. /-
In view of the above, the Municipal Disability Assessment Board in Legnica decided is in the introduction hereof. /-

Instruction /-

This decision may be appealed against to the Province's Disability Assessment Board in Wrocław through the Municipal Disability Assessment Board, which issued it, within 14 days of the date of delivery of the decision. /-

Signatures of the medical commission members /-
1. [*legible signature*]: Lidia Walasek /-

[*ink stamp*]: Chairperson of the Assessment Board, Ewa Kuriata, MD; [*illegible signature*] /-

---

I, Anna Prokopowicz, Sworn Translator and Interpreter of the English language (TP/5216/05), hereby approve the conformity of the present translation with the original document in the Polish language.
Wrocław, 19 June 2024, Repertory no. 82/2024

WORD.IT TŁUMACZENIA
Anna Prokopowicz
ul. Centralna 19/24, 52-114 Wrocław
NIP: 611-233-04-96, REGON: 231234207
tel. +48 607 550 321
e-mail: annaprokopowicz@wp.pl

| Work ID | Work Link | Image | Work Title | Seller Username | Full Name of Seller | Number of Individual Units Sold | Seller Margin (AUD) |
|---|---|---|---|---|---|---|---|
| 91699826 | http://www.redbubble.com/people/PauLeeArt/works/91699826 | | Meme Cats Stickers Pack | PauLeeArt | Paula Mazurowska | 0 | 0 |

Paula Mazurowska Case 1:24-cv-03560 Document # 84-51 Filed 07/02/25 Page 12 of 15 PageID #:2039

| Work ID | Work Link | Image | Work Title | Seller Username | Full Name of Seller | Number of Individual Units Sold | Seller Margin (AUD) |
|---|---|---|---|---|---|---|---|
| 91699826 | http://www.redbubble.com/people/PauLeeArt/works/91699826 | | Meme Cats Stickers Pack | PauLeeArt | Paula Mazurowska | 0 | 0 |

## ATTACHMENT

The attached may contain personal information of third parties ("PII"), and you acknowledge and agree to treat such PII in accordance with applicable data protection and privacy laws, including:
- (a) using the PII solely for the purpose of good faith enforcement of your intellectual property rights or the intellectual property rights of whom you legally represent (the "Permitted Purpose");
- (b) disclosing the PII to third parties solely as required to fulfill the Permitted Purpose ("Permitted Recipients");
- (c) maintaining adequate security safeguards in respect of storage of the PII and requiring Permitted Recipients to do the same; and
- (d) deleting the PII when the Permitted Purpose has been served (excluding statutory retention periods, if applicable) and requiring Permitted Recipients to do the same.

CONFIDENTIAL

TNT INT/AIR

Con No. **46331 1155**

Piece 1 of 1
Weight 1.00kg

Service **Express**

Origin **LE1**
Pickup Date 24 Jun 2024

Routing
**QPM**
**KTW**
**CDG**
**MEM**

Delivery Address
CLERK'S OFFICE
DIRKSEN U.S. COURTHOUSE
219 S DEARBORN ST
US DISTRICT COURT FOR NORTHERN
CHICAGO
US

FedEx
TRK# 1100 463311155 01
4:30P INTL PRIORITY
**XN CHIA**
60604
IL-US
ORD
298162 30Jun 09:36 MEMH 577G5/B21D/D406

RT **449** 1 18:00 A
5501
07.02
FZ

air

FedEx Express Envelope

INTL PRIORITY
4:30P
60604
IL-US
ORD

TRK# 4633 1155 01
1100

XN CHIA

298162 30Jun 09:36 MEMH 5776G/B21D/0406